Judgment in a Civil Case
_____

United States District Court
_____WESTERN DISTRICT OF NEW YORK_____

| | |
|---|---|
| Jason I. Baxter,<br>Plaintiff<br><br>     v.<br><br>Bart E. Wagner,<br>Defendant | **JUDGMENT IN A CIVIL CASE**<br>CASE NUMBER: 19-CV-6077 |

☐ **Jury Verdict**.  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court**.  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED the complaint is dismissed with prejudice.

Date: August 2, 2024                                    MARY C. LOEWENGUTH
                                                        CLERK OF COURT

                                                        By: s/ Dawn K.
                                                            Deputy Clerk